# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WHITNEY BANK

VERSUS

HENRY RAYFORD

NO. 2020 CW 0357

**JULY 06, 2020**

---

In Re: Henry Rayford, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 108044.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** The writ application fails to comply with Rules 4-2, 4-3, 4-4, and 4-5 of the Uniform Rules of Louisiana Courts of Appeal, as it does not include a notice of intent to seek supervisory review; a return date order; an affidavit verifying the allegations of the writ application; a copy of the original petition, responsive documents to Rayford's Motion to Strike (if any), the signed judgment, and the court minutes; and a request for expedited consideration as required by Rule 4-4(B) & (C).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7. In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before August 7, 2020, and must contain a copy of this ruling.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT